Carl Reed, 4364 Keevenshore Drive, Florissant, MO 63034, pro se.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

### ORDER

**PER CURIAM**

J.S. appeals from the judgment entered by the Circuit Court of St. Louis County granting her neighbor, C.R., a full order of protection against her. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).

**J.S., Appellant,**

v.

**A.M., Respondent.**

**No. ED 105089**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 14, 2017

ATTORNEY FOR APPELLANT: Charles Louis Barberio IV, 4542 West Pine, St. Louis, MO 63108.

ATTORNEY FOR RESPONDENT: Andrea Moore, Acting Pro Se, 4355 Keevenshore Drive, Florissant, MO 63034.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

### ORDER

**PER CURIAM**

J.S. appeals from the judgment entered by the Circuit Court of St. Louis County denying her petition for an adult order of protection against A.M. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).

**Gebar BYRD, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104877**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 14, 2017

FOR APPELLANT: Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101.